UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS VALDEZ, | No. C 09-896 SI (pr) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| DEL ROSE SA, warden, | |
| Respondent. | |

Jose Valdez, an inmate at the La Palma Correctional Center in Eloy, Arizona, has filed a petition for writ of habeas corpus to challenge his conviction from the Tehama County Superior Court. Tehama County lies within the venue of the Eastern District of California. Venue is not proper in the Northern District of California because Valdez was not convicted and is not confined in this district. See 28 U.S.C. § 2241(d). Venue appears to be proper in the Eastern District of California, as that is where the trial and conviction occurred and therefore a substantial part of the events or omissions giving rise to the claims occurred. See 28 U.S.C. § 1391(b); cf. 28 U.S.C. § 2241(d); Habeas L.R. 2254-3(b) (challenge to conviction is preferably heard in district of conviction). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: March 4, 2009

_____
SUSAN ILLSTON
United States District Judge